**To: U.S. District Court**
**New Jersey District – Trenton**

**Date:** Monday, May 30, 2023

**Subject:** Notice of Voluntary Dismissal for case 23-2563 Calabrese vs Centenary University

Good afternoon,

I would like to formally advise of a notice to voluntarily dismiss my case# 23-2563 against Centenary University.

I have found out through council that my case, although unethical, is not illegal, so I have no interest in moving forward.

Thank you,

Sherri Calabrese

678 County Rd. Rt 519

Belvidere, NJ 07823

908-878-2126

Sherricalabrese5@gmail.com